RANDALL MAY INTERNATIONAL, INC., Plaintiff–Appellee,

v.

DEG MUSIC PRODUCTS, INC., Defendant–Appellant,

and

Dynasty USA, Defendant.

No. 2013–1390.

United States Court of Appeals, Federal Circuit.

Feb. 24, 2014.

Peter R. Afrasiabi, One LLP, of Newport Beach, CA, argued for plaintiff-appellee.

Dennis G. Martin, Blakely Sokoloff Taylor & Zafman, LLP, of Los Angeles, CA, argued for defendant-appellant.

NEWMAN, LOURIE, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**